McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



**FILED**

MAR 3 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO. 1: 06 CR 0 0 1 1 6 OWW |
| Plaintiff, ) | EX PARTE MOTION TO SEAL |
| ) | INDICTMENT PURSUANT |
| v. ) | TO RULE 6(e), FEDERAL |
| ) | FEDERAL RULES OF |
| ) | CRIMINAL PROCEDURE |
| SURJIT SINGH RAJASAI, et.al. ) | |
| ) | |
| Defendants. ) | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 30, 2006, charging the above defendants with a violation of Title 21, United States Code, Section 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine and other violations, be kept secret until the defendants named in the Indictment are either in custody or have been given bail on this offense; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the

1

1  issuance and execution of the warrants.

2  DATED: March 30 2006                    Respectfully submitted,

3                                          McGREGOR W. SCOTT
                                           United States Attorney
4
                                           By
5                                             KEVIN P. ROONEY
                                           Assistant U.S. Attorney
6

7  ORDERED as prayed this 30th day of March 2006

8
                                           _____
9                                          U.S. Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2