1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN P. ROONEY
   Assistant U.S. Attorney
3  4000 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED
APR 1 1 2006
CLERK, U.S. DI...
EASTERN DISTRICT C... CA...
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06cr-00116 OWW |
| Plaintiff, ) | |
| v. ) | ORDER TO UNSEAL INDICTMENT |
| SURJIT SINGH RAJASAI, et. al. ) | |
| Defendants. ) | |

The indictment in this case having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby

ORDERED this 11th day of April, that the indictment be unsealed and made public record.

DATED: April 11th, 2006

_____
SANDRA M. SNYDER
U.S. MAGISTRATE JUDGE

1