DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SURJIT SINGH RAJASASI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:06-cr-00116 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING DATE AND |
| v. | ) [PROPOSED] ORDER THEREON |
| SURJIT SINGH RAJASASI, Et al., | ) |
| | ) Date:  October 17, 2006 |
| Defendants. | ) Time:  9:00 A.M. |
| | ) Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for October 3, 2006, may be continued to October 17, 2006, at the hour of 9:00 a.m., in Courtroom Three of the above-entitled court.**

The continuance is at the request of defense counsel to allow for additional time to investigate the case and to allow the parties additional time for plea negotiation before further hearing.

///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

```
                                                    McGREGOR W. SCOTT
                                                    United States Attorney

DATED: September 28, 2006              By:  /s/ Kevin P. Rooney
                                            KEVIN P. ROONEY
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            DANIEL J. BRODERICK
                                            Federal Public Defender


DATED: September 28, 2006              By:   /s/ Francine Zepeda
                                            FRANCINE ZEPEDA
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            Surjit Singh Rajasasi



                                            DALE BLICKENSTAFF
                                            Attorney at Law


DATED: September 28, 2006              By:   /s/Dale Blickenstaff
                                            DALE BLICKENSTAFF
                                            Attorney for Defendant
                                            Efraim Huerta
```

## O R D E R

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 3, 2006**              /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE