| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #091175 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | SURJIT SINGH RAJASASI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-00116 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE AND ORDER THEREON |
| v. | |
| SURJIT SINGH RAJASASI, Et al., | Date:  February 6, 2007 |
| Defendants. | Time:  9:00 A.M. |
| | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for January 9, 2007, may be continued to February 6, 2007, at the hour of 9:00 a.m., in Courtroom Three of the above-entitled court.**

The continuance is at the request of defense counsel to allow for additional time to investigate the case and to allow the parties additional time for plea negotiation before further hearing.

///

///

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2    justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3    3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED:  January 3, 2007         By:  /s/ Kevin P. Rooney
                                     KEVIN P. ROONEY
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED:  January 3, 2007         By:  /s/ Francine Zepeda
                                     FRANCINE ZEPEDA
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     Surjit Singh Rajasasi


DALE BLICKENSTAFF
Attorney at Law

DATED:  January 3, 2007         By:  /s/ Dale Blickenstaff
                                     DALE BLICKENSTAFF
                                     Attorney for Defendant
                                     Efraim Huerta


**O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 5, 2007**              **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE